UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

JUN 1 6 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. |
| ) | |
| JAMES TEBEAU, ) | 1: 11CR00083SNLJ |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including May, 2004, and continuing thereafter to the date of this indictment, in Shannon County, within the Eastern District of Missouri and elsewhere,

**JAMES TEBEAU,**

the defendant herein, as an owner or occupant, did manage and control approximately 330 acres of land known as "Camp Zoe," and knowingly and intentionally profited from and made available for use, with or without compensation, said place for the purpose of unlawfully storing, distributing, or using controlled substances.

All in violation of Title 21, United States Code, Sections 856(a)(2); and

Punishable under Title 21, United States Code, Sections 856(b); and

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 856 as set forth in Count I of the

Indictment the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

    a.    Subject to forfeiture is a sum of money equal to the total property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such violations.

2. Specific property subject to forfeiture includes, but is not limited to, the following:

    a.    Approximately 330 acres of land known as Camp Zoe, and further described as: the West Half of the Northeast Quarter; the East Half of the Northwest Quarter; the East Half of the West Half of the Northwest Quarter; the East Half of the Southwest Quarter; the East Half of the Northwest Quarter of the Southwest Quarter; the North Half of the Southwest Quarter of the Southwest Quarter; the Southeast Quarter of the Southwest Quarter of the Southwest Quarter; all in Section 8, Township 30 North, Range 4 West, Shannon County, Missouri;

    b.    $2,896.00 in United States currency;

    c.    $47,430.00 in United States currency;

    d.    $134,456.43 in United States currency; and

    e.    $3,254.46 in United States currency.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
KEITH SORRELL, #23288MO
Assistant United States Attorney