Courtroom Minute Sheet
Sentencing Proceedings

FILED
OCT - 9 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Date: 10/9/12     Case No. 1:11CR83SNLJ

UNITED STATES OF AMERICA v. James Tebeau

Judge SNLJr   Court Reporter: A Garagnani   Probation Officer S. Persinger

Plaintiff Attorney K Sorrell   Defendant's Attorney(s) Sson + Rosenblum

✓ Defendant/Parties present for imposition of sentence.   Interpreter _____

Objections to Presentence Report heard and denied/granted as follows: **Amendments** ¶ 20 + PSR changed thru interlineation by agreement

✓ Presentence Report adopted/accepted by the Court **as corrected**   ✓ PSR filed under seal

✓ Sentence Imposed - See Judgment.

*********************************************************************

✓ Defendant committed to BOP for a term of __30__ mos as to Count(s) __1__ to run concurrent/consecutive for aggregate term of ____ mos. Supervised release __2__ years as to Count(s) ____ to run concurrent/consecutive for an aggregate term of ____ years supervised release. Standard conditions. Special conditions: 1) refrain c/s 2) treatment 3) search 4) Cognitive   200 hours community service

✓ Fine waived. Special Assessment: 100   Fine: $50,000.00   Restitution: ____
____ Count(s) ____ dismissed on Motion of AUSA
____ Defendant remanded to custody of USMS.
✓ Defendant granted a voluntary surrender to the (institution)/USMS for incarceration as notified by USMS. ✓ Surrender date pending the appeal
____ Court makes the following recommendation to BOP FMC Lexington
FPC Leavenworth KS RDAP

*********************************************************************

____ Defendant is released on Probation pending processing by USMS.

Judge rejects plea agreement / Deft agrees to pay fine - Judge proceeds with sentencing

Witnesses: _____

____ Exhibits returned to and retained by counsel

Courtroom time: 2:43 to 2:55 (recess)
3:00 - 3:13

Forfeiture - acreage in Shannon Co
See Judgment